**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

PATRick Guillory

)   Plaintiff(s)

)

vs.

Centro Bus & Al'ia.

)   Defendant(s)

Civil Case No.: 5:21-cv-693 (GTS/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ◯ JURY   ⦿ COURT   (Select only one).

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 1 4 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1.   This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2.   Plaintiff: PATRick Guillory

Address: 753 James st. #112
Syracuse NY 13209
Patricia Herrera

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: Helio Helin

Official Position: 359 N. N Salina

Address: 13203

b.    Defendant: _Centro_

Official Position: _329 Main HUB_

Address: _Syracuse, NY_
_13208_

c.    Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

I was threatend By Bus Driver to Pree Drop Lawsuit I'm Not Propking shit against centro!

5.                     CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.


### FIRST CAUSE OF ACTION


### SECOND CAUSE OF ACTION


### THIRD CAUSE OF ACTION

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:



75,000 in DAMAGES

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6-14 21

—————————————————————————
Signature of Plaintiff(s)
(all Plaintiffs must sign)

PATrick Guillory

02/2010